Thomas W. Barth, SBN 154075
Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Plaintiffs CHRISTINE DeMARIA
individually and in her capacity as
Guardian Ad Litem for ANTHONY DeMARIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DeMARIA, and CHRISTINE DeMARIA, pursuant to application for appointment as Guardian Ad Litem for ANTHONY DeMARIA,<br><br>Plaintiffs,<br><br>v.<br><br>YOLO COUNTY SHERIFF'S OFFICE, TOM LOPEZ, GARY HALLENBECK, MICHAEL GLASER, ROBERT MIDDLEMAN, MATTHEW WIRICK, SAMUEL MACHADO, NEAL GOODRICH, GARY RICHTER, TONYA TOLENTINO, HERNAN VEGA, and DOES 1 through 15, inclusive, in their official and personal/individual capacities.<br><br>Defendants. | Case No. 2:23-CV-1798-KJM-KJN<br><br>**STIPULATION TO EXTEND TIME TO OPPOSE AND REPLY TO MOTION TO DISMISS AND ORDER THEREON**<br><br><br>Date:   December 8, 2023<br>Time:  10:00 a.m.<br>Dept:  3, 15th Floor |

At the request of counsel for plaintiffs Christine DeMaria and Anthony DeMaria ("plaintiffs"), plaintiffs and defendants Yolo County Sheriff's Office, Tom Lopez, Gary Hallenbeck, Michael Glaser, Robert Middleman, Matthew Wirick, Samuel Machado, Neal Goodrich, Gary Richter, Tonya Tolentino and Hernan Vega ("defendants") by and through their respective counsel, hereby STIPULATE, AGREE and REQUEST that:

///

///

The hearing on defendants' Motion to Dismiss Complaint, filed October 13, 2023, is scheduled for December 8, 2023, at 10:00 a.m., before the Honorable Kimberly J. Mueller in Courtroom 3 of the United States District Court, 501 I Street, Sacramento, California.

In accordance with Local Rule 230(c), plaintiffs' opposition to defendants' motion to dismiss is due to be filed 14 days after filing of the Motion to Dismiss, on October 27, 2023. It is requested the time for filing said opposition be extended and the opposition shall now be filed and served on or before November 10, 2023; and

Defendants' reply to opposition is due to be filed 10 days after filing of plaintiffs' opposition pursuant to Local Rule 230(d). It is requested that the time for filing said reply be extended to 17 days after filing of plaintiffs' opposition.

Dated: October 26, 2023.        BARTH DALY LLP

                                By    /s/ Kresta Nora Daly
                                      KRESTA NORA DALY
                                Attorneys for Plaintiffs

Dated: October 26, 2023.        ANGELO, KILDAY & KILDUFF, LLP

                                By    /s/ Derick E. Konz
                                      SERENA M. WARNER
                                      DERICK E. KONZ
                                      WILLIAM J. BITTNER
                                Attorneys for Defendants

**ORDER**

Having considered the parties stipulation, the court grants their stipulated request. Plaintiffs' opposition to defendants' motion to dismiss shall be filed on or before November 10, 2023; and

Defendants' reply to opposition shall be filed 17 days after filing of plaintiffs' opposition.

IT IS SO ORDERED.

DATED: November 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE